UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI TWILLEY,

                Petitioner,                Case Number 2:10-CV-11076
                                                             Honorable Denise Page Hood

v.

NICK LUDWICK,

                Respondent.
_____/

## JUDGMENT

This matter came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on February 29, 2012, the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE. A Certificate of Appealability is DENIED.

     IT IS ORDERED.

                                                  S/Denise Page Hood
                                                  HON. DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

**Date: February 29, 2012**

I hereby certify that a copy of the foregoing document was served upon Teri Twilley, 180257, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048 and counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                                  s/LaShawn R. Saulsberry
                                                Case Manager